UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            CASE NO. 6:00-cr-059-Orl-19JGG

SALOMON DESRIVIERES,

    Defendant.

**ORDER**

This case is before the Court on the Government's Objection (Doc. No. 410, filed June 9, 2005) to the Report and Recommendation of the U.S. Magistrate Judge. (Doc. No. 409, filed May 26, 2005).

On May 16, 2000, Defendant and several other individuals were charged by first superseding indictment (Doc. No. 56) with various crimes. Defendant was charged in counts one, five through ten, and fifteen through seventeen. On August 9, 2000, pursuant to a written plea agreement (Doc. No. 122), Petitioner entered a plea of guilty to counts one, five, and seven of the first superseding indictment before United States Magistrate Judge James G. Glazebrook. *See* Doc. No. 124. Magistrate Judge Glazebrook entered a Report and Recommendation that the guilty plea be accepted and that Petitioner be adjudged guilty and have sentence imposed accordingly (Doc. No. 127). The district court accepted the plea and adjudicated Petitioner guilty of counts one, five, and seven of the first superseding indictment (Doc. No. 128). A sentencing hearing was conducted, and, on December 20, 2000, the district court entered a Judgment in a Criminal Case, sentencing Petitioner to a 308

month term of imprisonment (Doc. No. 243).[1]  Petitioner did not file a direct appeal of his conviction or sentence.

On December 24, 2003, the Government filed a Rule 35 motion requesting reduction of Defendant's sentence (Doc. No. 373).  The Court granted the motion and reduced Defendant's total term of imprisonment to 241 months (Doc. No. 381).

On March 21, 2005, Defendant filed a motion for leave to proceed on appeal in forma pauperis (Doc. No. 406) regarding an appeal of the Judgment in a Criminal Case entered on December 20, 2000 (Doc. No. 243).  On May 26, 2005, Magistrate Judge James G. Glazebrook entered a Report and Recommendation (Doc. No. 409) that the motion for leave to proceed on appeal in forma pauperis be granted in part and denied in part.  The Government has filed a Objection to Report and Recommendation (Doc. No. 410, filed June 9, 2005).  By Order dated June 23, 2005 (Doc. No. 411), Defendant was notified of his opportunity to file within twenty days a response to the Government's Objection.  Defendant has not filed a response to the Objection.

The Court shall make a de novo determination upon the record of any portion of the Magistrate Judge's Report and Recommendation to which specific written objection has been made. Fed. R. Civ. P. 72(b).  After a review of the record, the Court notes that the only matter pending in this case is Defendant's motion for leave to proceed on appeal in forma pauperis.  Defendant has not filed a notice of appeal regarding either his conviction or the reduction of his sentence. Furthermore, the time to appeal both those matters has long since passed.  In addition, Defendant has not filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, and the one year

---

[1] Counts six, eight, nine, ten, fifteen, sixteen, and seventeen of the first superseding indictment were dismissed on the motion of the United States.  *See* Doc. No. 243.

period to file such a motion has also expired. Therefore, Defendant does not presently have any proceeding pending that necessitates the filing of a motion to proceed in forma pauperis.[2]

In light of the above and the fact that Defendant has not filed a response, the Court finds that the Government's Objection is well-taken. Accordingly, it is

**ORDERED**:

1. The Report and Recommendation of the Magistrate Judge is **ACCEPTED in part and REJECTED in part**. The Report and Recommendation is **ACCEPTED** to the extent that it denied, in part, Defendant's motion for leave to proceed on appeal in forma pauperis (Doc. No. 49), and it is **REJECTED** to the extent that it granted, in part, the motion.

2. Defendant's motion for leave to proceed on appeal in forma pauperis (Doc. No. 49) is **DENIED** without prejudice.

**DONE AND ORDERED** at Orlando, Florida this __21st__ day of July, 2005.

_/s/ Patricia C. Fawsett_
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

---

[2] The Court also notes that Defendant's motion indicates an intention to pursue relief in light of the recent United States Supreme Court's decisions in *Blakely v. Washington*, 124 S. Ct. 2531 (2004), and *United States v. Booker*, 125 S. Ct. 738 (2005). However, the Eleventh Circuit Court of Appeals has specifically determined that these decision do not apply retroactively to cases on collateral review. *Varela v. United States*, 400 F.3d 864, 868 (11th Cir. 2005) ("[W]e conclude that *Booker*'s [and *Blakely*'s] constitutional rule falls squarely under the category of new rules of criminal procedure that do not apply retroactively to § 2255 cases on collateral review.").

sa 7/21
Salomon Desrivieres
Counsel of Record