UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:00-cr-59-Orl-41GJK

**SALOMON DESRIVIERES**
_____/

**ORDER**

THIS CAUSE is before the Court on a Petition for Warrant or Summons for Offender Under Supervised Release (Doc. 479) filed on August 19, 2019, by the U.S. Probation Office upon a probation officer's belief that Defendant violated the conditions of his supervision. A final hearing on the violation was held by Magistrate Judge Gregory J. Kelly on October 15, 2019. Judge Kelly prepared a Report and Recommendation (Doc. 494) on October 15, 2019. Defendant appeared before this Court on November 15, 2019, with counsel, Ali Kamalzadeh and Nicole Mouakar and the Assistant United States Attorney.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 494) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Court finds that Defendant violated Conditions 1, 3, and 7 of his supervised release.

It is furthered **ORDERED t**hat Defendant is hereby **REINSTATED** to supervision. While on supervised release, Defendant shall comply with the standard conditions adopted by the Court

in the Middle District of Florida. In addition, Defendant shall comply with the following special conditions:

1. Defendant shall be placed on curfew for a period of 30 days. During this time, Defendant shall remain at his place of residence between the hours of 10:00 p.m. and 4:00 a.m. each day unless granted permission in advance by the probation office to be elsewhere.

2. Defendant may be required to wear an electronic monitoring device, to comply with telephone equipment restrictions, and to follow electronic monitoring procedures specified by the probation office to facilitate the monitoring process. Further, Defendant shall be required to contribute the costs of services for such monitoring not to exceed an amount determined reasonable by the probation office based on Defendant's ability to pay.

3. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, Defendant is directed to submit to random drug testing.

4. Defendant shall refrain from the unlawful use of a controlled substance, and shall submit to a drug test within fifteen days of placement on supervised release and at least two periodic drug tests thereafter as directed by the probation officer. The

Court orders Defendant to submit to random drug testing not to exceed two tests per week.

**DONE** and **ORDERED** in Orlando, Florida on November 21, 2019.



Copies furnished to:

Counsel of Record